UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61646-CIV-SMITH

NEW CASTLE APARTMENTS LLC,

    Plaintiff,

v.

TAMEKA LINGO,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATION

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 13] on Defendant's Emergency Motion for Temporary Restraining Order and Preliminary Injunction [DE 5, 6] and Defendant's Objections [DE 15]. In her thorough and well-reasoned Report and Recommendation, Magistrate Judge Augustin-Birch recommends that this case be **REMANDED** to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, because Defendant has not shown that subject matter jurisdiction exists.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Augustin-Birch's Report, Defendant's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Birch's well-reasoned analysis and her recommendation that this case be remanded to the Circuit Court of the

Seventeenth Judicial Circuit in and for Broward County, Florida, because this Court lacks subject matter jurisdiction.

Accordingly, it is

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation to District Judge **[DE 13]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2. The Clerk is directed to **REMAND** this case to the Seventeenth Judicial Circuit in and for Broward County, Florida.

3. All pending motions not otherwise ruled upon are **DENIED as moot.**

4. This case is **CLOSED.**

5. The Clerk of Court is directed to mail a copy of this Order to Defendant Tameka Lingo at the address listed below and to make a notation of such on the docket.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 28th day of August 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

Copy mailed to:
Tameka Lingo
3400 NW 30th Street, Apt. 2
Lauderdale Lakes, FL 33311